DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
LUANN L. SIMMONS (S.B. #203526)
lsimmons@omm.com
DAVID S. ALMELING (S.B. #235449)
dalmeling@omm.com
AMY K. LIANG (S.B. #291910)
aliang@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:    +1 415 984 8700

MARK A. HAYDEN (*pro hac vice*)
mhayden@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:    +1 212 326 2000

*Attorneys for Defendant*
*Google LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SAFECAST LIMITED,<br><br>                Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>                Defendant. | Case No. 5:23-cv-03128-PCP<br><br>**DEFENDANT GOOGLE LLC'S RENOTICED NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>Date:  October 12, 2023<br>Time:  10:00 a.m.<br>Courtroom:  8, 4th Floor<br>Judge:  Hon. P. Casey Pitts |

**RENOTICED NOTICE OF MOTION AND MOTION TO DISMISS**

Pursuant to the Order Reassigning Case (Dkt. 78), Defendant Google LLC ("Google") is hereby renoticing its Motion to Dismiss (Dkt. 75) for hearing on October 12, 2023, at 10:00 a.m., in Courtroom 8, 4th Floor, 280 South 1st Street, San Jose, California 95113, before the Honorable P. Casey Pitts.  Google will and hereby does move under Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing with prejudice the claims of infringement in the September 19, 2022 Amended Complaint filed by Plaintiff Safecast Limited ("Plaintiff" or "Safecast") (Dkt. 23).  Google's Motion is based on this Notice of Motion, the Memorandum of Points and Authorities (Dkt. 75), Declaration of Amy Liang (Dkt. 75-1), the pleadings and records on file in this action, and such other written and/or oral argument as may be presented at or before the time this motion is heard by the Court.

**RELIEF SOUGHT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Google moves to dismiss with prejudice Safecast's Amended Complaint for two independent reasons:  (1) the asserted U.S. Patent No. 9,392,302 is directed to patent-ineligible subject matter under 35 U.S.C. §101, and (2) Safecast has failed to plead a plausible claim of infringement.

Dated:  August 31, 2023

Respectfully submitted,

By:   /s/ *David S. Almeling*
            David S. Almeling

Darin W. Snyder
Luann L. Simmons
David S. Almeling
Amy K. Liang
Mark A. Hayden

O'MELVENY & MYERS LLP